UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Harold Steven Jackson-Bey,

        Petitioner,

v.                                                            Civil No. 11-2670 (JNE/JSM)
                                                              ORDER

Scott Fisher,

        Respondent.

In a Report and Recommendation dated October 6, 2011, the Honorable Janie S. Mayeron, United States Magistrate Judge, recommended that Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 be summarily dismissed for lack of jurisdiction. Petitioner objected to the Report and Recommendation arguing that the Court has jurisdiction of his § 2241 claim because § 2255 is inadequate or ineffective to test the legality of his detention.

The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Petitioner does not raise any new arguments in his objection. Based on its review of the record, the Court adopts the Report and Recommendation [Docket No. 2]. Therefore, IT IS ORDERED THAT:

    1.     Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 [Docket No. 1] is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 17, 2011

                                                                          s/ Joan N. Ericksen
                                                                          JOAN N. ERICKSEN
                                                                          United States District Judge